UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KYLE SHAW**                                       **CIVIL ACTION**

**VERSUS**

**CBS OUTDOOR INC, ET AL**                          **NO. 06-11161**

                                                    **SECTION B(4)**

ORDER

Before the Court is Plaintiff's Motion to Strike (Rec. Doc. No. 19);

Local Rule 7.5E requires that leave of Court be obtained before supplemental opposition memoranda are filed. Defendant's "Reply Brief in Support of Motion for Summary Judgment (Rec. Doc. No. 17) and Defendant's "Supplemental Reply Brief in Support of Motion for Summary Judgment" (Rec. Doc. No. 18) were not filed in compliance with rule 7.5E. Thus,

**IT IS ORDERED** that Plaintiff's Motion to Strike is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's "Reply Brief in Support of Motion for Summary Judgment (Rec. Doc. No. 17) and Defendant's "Supplemental Reply Brief in Support of Motion for Summary

Judgment" (Rec. Doc. No. 18) be stricken from the record.

New Orleans, Louisiana this 6th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE